UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEILA MARCELIN-LABRADOR,

    Plaintiff,

      **v.**

NTV INTERNATIONAL
CORPORATION and SHO WATANABE,

    Defendants.

Civil Action No. 24-3541 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1. Defendant's Motion to Dismiss is GRANTED IN PART and DENIED IN PART; and

2. Plaintiff shall effect proper service in compliance with the Hague Convention within 90 days.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: January 28, 2025